# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:08CR235 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| CARLOS LOPEZ-LEPE, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the motion of Michael F. Maloney and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Carlos Lopez-Lepe () (Filing No. 14). Mr. Maloney represents he and the Office of the Federal Public Defender have a conflict of interest in this matter. The motion to withdraw (Filing No. 14) is granted.

Wesley S. Dodge, 11414 West Center Road #333, Omaha, NE 68144 (402) 333-1604, is appointed to represent Lopez-Lepe for the balance of these proceedings pursuant to the Criminal Justice Act. Mr. Maloney shall forthwith provide Mr. Dodge with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Maloney which are material to Lopez-Lepe's defense.

The clerk shall provide a copy of this order to Mr. Dodge, and Mr. Dodge shall enter his appearance in this matter forthwith.

**IT IS SO ORDERED.**

DATED this 25th November, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge